UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIRILL'S BIG BRAIN,

                Plaintiff,

                                          22 civ 5367 (JGK)

      -against-

GOODER LABS, LLC, et al.,

                Defendants.
------------------------------------------------------------X

        The conference scheduled for Monday, September 19, 2022, at 2:30pm, is canceled. Time for the defendant to show proof of service of the summons and complaint is extended to **October 13, 2022.** Failure to provide proof of service by that date may result in the dismissal of this action for failure to prosecute, pursuant to Federal Rule 4(m).

**SO ORDERED.**

                                                              JOHN G. KOELTL
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          September 13, 2022